

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2025

No. 04-25-00601-CR

Amanda **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CR-4172
Honorable Ron Rangel, Judge Presiding

**ORDER**

Sitting:     Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 15, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court